**FILED**
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

LABED AHMED
Camp Delta
Washington, D.C. 20355

        Petitioner

    v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

        Respondents

Leave to file without
Prepayment of Cost **GRANTED**

*[signature: Ricardo M. Urbina]*

Civil Action No.

CASE NUMBER  1:05CV01234

JUDGE: Emmet G. Sullivan

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T02120

To his honor: the Judge in the civilian American court, with due respect,

I hoe my letter reaches you and finds you all right, hereafter:

I'm Mr. Labed Ahmed; my nationality is Algerian born on April 8th 1958. I traveled to Afghanistan for the purpose of trade, however, after the problems have broken out there, the boarders were closed and after a strenuous struggle, I managed to come out to Pakistan where I have been apprehended, that was in Mar.2002 and then, I was transferred to Cuba 'Guantanamo.'

In Guantanamo and through my imprisonment, I have co-operated with the interrogators and telling them my entire life story and I believe they have believed it, this was after they checked with the countries that I used to stay at in Europe.

I have met with the evaluation committee for classifying enemy combatants; both the committee and the interrogators before them, were convinced that I'm not an enemy combatant and pose no threat against the United States of America, neither in the past nor in the future or for that matter, against any other country, moreover, I had no relationship, whatsoever, with terrorism.

I confess to your Excellency that I have made a mistake entering Afghanistan for sake of trade, however, I have repented my mistakes during the lengthy period I spent in prison, and now, my single hope is to come out of the prison and go back to my four children whom I haven't seen in a long time. Plus, my daughter got married in my absence and thus I didn't attend her wedding.

Therefore, I request your Excellency to consider my case and try to speed up my release from this place; I'm sure you're capable of this, due to my belief in the justice of the American courts.

And, your Excellency, please accept my utmost appreciation and respect.

Mr.Labed Ahmed.
Signed.

FILED

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1234

GUAN-2005-T 02120

United States district for the
district of Colombia.
333 Constitution avenue N.W.
Washington DC. 2001

Labed Ahmed
Detainee, Camp Delta
Guantanamo Bay Naval Base
Guantanamo Bay, Cuba

سيدي القاضي في المحكمة المدنية الأمريكية المحترم

أتمنى أن تصلكم هذه الرسالة و أنتم بصحة جيدة . وبعد :
أنا السيد " Labed Ahmed " جزائري الجنسية من مواليد 08 أبريل 1958 سافرت إلى أفغانستان من أجل التجارة ، ولكن بعد المشاكل التي وقعت هناك أغلقت الحدود وبعد جهد جهيد إستطعت الخروج إلى باكستان حيث ألقي القبض في مارس 2002 وتم نقلي إلى كوبا " قوانتنامو ".

في قوانتنامو خلال مدة سجني قد تعاونت مع المحققين و أخبرتهم عن كل حياتي و أنا متأكد أنهم قد صدقوني وهذا بعدما تأكدوا مني في الدول التي كنت أعيش فيها في أوروبا .

قابلت لجنة تقييم المقاتلين الأعداء وقد بينت لهم وللمحققين قلت لهم أني لست مقاتل عدو ولم أشكل أي خطر على الولايات المتحدة الأمريكية سابقا كما أني لا أشكل عليها أي خطر في المستقبل ولا على أي دولة أخرى غير أمريكا ، كما أنه ليس لدي أي علاقة مع الإرهاب لا من قريب ولا من بعيد .

أعترف لسعادتكم أني أخطأت في دخولي إلى أفغانستان من أجل التجارة ولكن تداركت هذا الخطأ بعد هذه المدة الطويلة في السجن ، والآن أمنيتي الوحيدة هي الخروج من السجن والعودة إلى أبنائي الأربع الذين لم أرهم منذ زمن طويل ، مع العلم أن ابنتي قد تزوجت و أنا غائبة عنها ولم أحضر حفلها .

فلهذا أرجو من سعادتكم أن تنظروا في قضيتي ومحاولة إسراعها لإخراجي من هذا المكان . و أنا متأكد أنكم قادرين عليه وهذا لعدالة محاكمكم المدنية في أمريكا .

تقبلوا سعادتكم فائقا التقدير والإحترام .

Labed Ahmed         السيد :

[signature] Hamed        التوقيع :