AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LABED AHMED,

        Plaintiff(s)          )    **APPEARANCE**

        vs.          )    CASE NUMBER    05-cv-1234

GEORGE W. BUSH, ET AL.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of    Richard Coughlin *    as counsel in this
                                   (Attorney's Name)

case for:    LABED AHMED
             (Name of party or parties)

November 1, 2005          *[signature]*
Date                                      Signature

                                          RICHARD COUGHLIN
New Jersey                       Print Name
BAR IDENTIFICATION
                                          Office of the Federal Public Defender, District of NJ
                                          Address

* With:
      Chester M. Keller              800-840 Cooper ST, Ste. 350, Camden, NJ 08102
      First Assistant Federal      City         State         Zip Code
        Public Defender
      Candace Hom                    (856) 757-5341
      Research and Writing        Phone Number
        Attorney

# CERTIFICATE OF SERVICE

I, Richard Coughlin, Federal Public Defender, Office of the Federal Public Defender for the District of New Jersey, hereby certify that I have electronically filed the attached Entry of Appearance with the United States District of Columbia and served a copy of same via Certified Mail, Return Receipt Requested, upon the following persons:

Preeya M. Noronha
Assistant U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution AV, NW
Room 5111
Washington, D.C. 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

Donald Rumsfeld
Secretary, U.S. Dep't. of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Brig. Gen. Hood
United States Army
Army - Pentagon
Washington, D.C. 20310-0200

Army Col. Bumgarner
Commander, JDOG
JTF-GTMO
APO AE 09360

Army Col. Bumgarner
United States Army
Army - Pentagon
Washington, D.C. 20310-0200

Dated: 11/01/05

s/RICHARD COUGHLIN
Federal Public Defender