IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LABED AHMED,** | : | |
| Petitioner | : | |
| | : | CIVIL ACTION |
| v. | : | (Habeas Corpus) |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | NO. 1:05-cv-1234 |
| Respondents. | : | Judge Emmet G. Sullivan |

**PROPOSED ORDER**

The Court, having considered Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondent shall not remove Petitioners from Guantanano to a foreign territory without providing counsel and the Court 30-days' advance notice.


Dated: _____


_____
HONORABLE EMMET G. SULLIVAN
United States District Judge