CERTIFICATE OF SERVICE

I, Richard Coughlin, Federal Public Defender, Office of the Federal Public Defender for the District of New Jersey, hereby certify that I have electronically filed the attached Motion and proposed Order with the United States District of Columbia and served a copy of same via Certified Mail, Return Receipt Requested, upon the following persons:

| | |
|---|---|
| Preeya M. Noronha<br>Assistant U.S. Attorney<br>District of Columbia District<br>Judiciary Center<br>555 4th Street, NW<br>Washington, D.C.  20530 | Alberto R. Gonzales<br>Attorney General of the United States<br>U.S. Department of Justice<br>Robert F. Kennedy Building<br>Tenth Street & Constitution AV, NW<br>Room 5111<br>Washington, D.C.  20530 |
| George W. Bush<br>President, United States of America<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, D.C.  20301-1000 | Donald Rumsfeld<br>Secretary, U.S. Dep't. of Defense<br>1000 Defense Pentagon<br>Washington, D.C.  20301-1000 |
| Army Brig. Gen. J. Hood<br>Commander, Joint Task Force-GTMO<br>JTF-GTMO<br>APO AE 09360 | Brig. Gen. Hood<br>United States Army<br>Army - Pentagon<br>Washington, D.C.  20310-0200 |
| Army Col. Bumgarner<br>Commander, JDOG<br>JTF-GTMO<br>APO AE 09360 | Army Col. Bumgarner<br>United States Army<br>Army - Pentagon<br>Washington, D.C.  20310-0200 |

Dated: 11/07/05

s/RICHARD COUGHLIN
Federal Public Defender