# EXHIBIT D

Chester Keller/NJF/03/FDO
03/20/2006 10:09 AM

To  Richard Coughlin/NJF/03/FDO@FDO, Candace Hom/NJF/03/FDO@FDO
cc
bcc
Subject  Fw: Gitmo attorney visit

----- Forwarded by Chester Keller/NJF/03/FDO on 03/20/2006 10:10 AM -----



"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
03/17/2006 05:31 PM

To  "Chester_Keller@fd.org" <Chester_Keller@fd.org> (Receipt Notification Requested) (IPM Return Requested)
cc
Subject  RE: Gitmo attorney visit


Chester,

Although GTMO has made logistical arrangements for your visit, you will not be legally authorized to meet with the petitioners until the court enters the three protective orders that govern handling of classified and protected information, counsel access to the detainees, and filing procedures.  See November 8, 2004 Amended Protective Order (344 F. Supp. 2d 174 (D.D.C. 2004); November 10, 2004 order regarding protected information designation procedures; and December 13, 2004 supplement to the Protective Order regarding filing procedures.  These orders are attached.  The protective orders have been entered by the court in the Kahn case, but not in the Amon and Ahmed cases.  Therefore, at this time, you are authorized to meet with petitioner Khan only.

In light of the Detainee Treatment Act of 2005, we are no longer in a position to consent to entry of the protective orders.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084



-----Original Message-----
From: Chester_Keller@fd.org [mailto:Chester_Keller@fd.org]
Sent: Friday, March 17, 2006 12:37 PM
To: Warden, Andrew (CIV)
Subject: RE: Gitmo attorney visit

Andrew,