IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 05-1234 (EGS) |

**NOTICE OF APPEAL**

    NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated August 17, 2006 (dkt. no. 23) prohibiting respondents from removing petitioner from Guantanamo Bay Naval Base unless the Court and any counsel for petitioner (if counsel has been appointed or retained) receive thirty days' advance notice of such removal or transfer.

Dated:  October 13, 2006 	Respectfully submitted,

	PETER D. KEISLER
	Assistant Attorney General


	DOUGLAS N. LETTER
	Terrorism Litigation Counsel


	   /s/ James J. Schwartz
	JOSEPH H. HUNT (D.C. Bar No. 431134)
	VINCENT M. GARVEY (D.C. Bar No. 127191)
	TERRY M. HENRY
	JAMES J. SCHWARTZ (D.C. Bar No. 468625)
	PREEYA M. NORONHA
	EDWARD H. WHITE
	ROBERT J. KATERBERG
	ANDREW I. WARDEN
	NICHOLAS J. PATTERSON
	Attorneys
	United States Department of Justice
	Civil Division, Federal Programs Branch
	20 Massachusetts Ave., N.W.
	Washington, DC  20530
	Tel:  (202) 616-8267
	Fax:  (202) 616-8460

	Attorneys for Respondents