IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LABED AHMED**, | ) |
| | ) |
| | ) CIVIL NO. 05-1234 (EGS) |
| *Petitioner*, | ) |
| | ) |
| *v.* | ) **NOTICE OF FILING RE** |
| | ) **PETITIONER'S OPPOSITION TO** |
| **GEORGE W. BUSH**, *et al.*, | ) **RESPONDENTS' MOTION TO** |
| | ) **DISMISS AND CROSS-MOTION** |
| *Respondents.* | ) **FOR STAY-AND-ABEY ORDER** |
| | ) |

    The petitioner Labed Ahmed, through undersigned counsel, hereby gives notice that on May 3, 2007, he submitted for review to Court Security Officer Jennifer Campbell an Opposition to Respondents' Motion to Dismiss and Cross-Motion for Stay-and-Abey Order. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

    Respectfully submitted on May 3, 2007.

/s/Richard Coughlin
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Research & Writing Attorney
972 Broad Street, Fourth Floor
Newark, NJ  07102
Tel:	973-645-6347
Fax:	973-297-4807

Attorneys for Petitioner