# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LABED AHMED**, | ) |
| | ) |
| Petitioner, | ) CIVIL NO. 05-1234 (EGS) |
| | ) |
| v. | ) **NOTICE OF FILING RE** |
| | ) **PETITIONER'S MOTION TO** |
| **GEORGE W. BUSH**, et al., | ) **LIFT STAY AND** |
| | ) **RENEWED MOTION** |
| Respondents. | ) **FOR FACTUAL RETURNS** |

The petitioner Labed Ahmed, through undersigned counsel, hereby gives notice that on July 2, 2008, he submitted for review to Court Security Officer Charline DaSilva a Motion to Lift Stay and Renewed Motion for Factual Returns. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on July 2, 2008.

/s/Richard Coughlin
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ  07102
Tel:    973-645-6347
Fax:    973-297-4807

Attorneys for Petitioner