IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LABED AHMED, | : | |
| | : | Civil No. 05-1234 (EGS) |
| Petitioner | : | |
| | : | |
| v. | : | **NOTICE OF MOTION TO** |
| | : | **LIFT STAY AND** |
| GEORGE W. BUSH, *et al.*, | : | **RENEWED MOTION FOR** |
| | : | **FACTUAL RETURNS** |
| Respondents. | : | |

TO: Terry Henry
Andrew Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

PLEASE TAKE NOTICE that Petitioner Labed Ahmed, through undersigned counsel, will move before the Honorable Emmet G. Sullivan, United States District Judge for the District of Columbia, at a time and on a date to be set, for the following relief:

1. An Order lifting the stay.

2. An Order requiring Respondents to submit Factual Returns within 30 days.

Petitioner relies upon the Statement of Points and Authorities submitted with this notice and incorporates that document as if it were set forth fully herein.

Respectfully submitted,

   /s/Candace Hom
Candace Hom
Assistant Federal Public Defender
Office of the Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey 07102
(973) 645-6347