**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LABED AHMED,<br><br>　Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　Respondents. | Case No. 05-cv-1234 (EGS)<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY AND RENEWED MOTION FOR FACTUAL RETURNS** |

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY AND
RENEWED MOTION FOR FACTUAL RETURNS**

　　THIS MATTER comes before the Court on Petitioner Labed Ahmed's Motion to Lift the Stay and Renewed Motion for Factual Returns; and for the reasons set forth in Petitioner's brief, and for good cause shown,

　　IT IS on this _____ day of _____ 2008, hereby ordered that the Petitioner's Motion to Lift Stay is GRANTED; and it is

　　FURTHER ORDERED that the stay entered on August 17, 2007, is VACATED; and

　　IT IS FURTHER ORDERED that the government must submit Factual Returns within 30 days of this Order.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE