UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARTAFI v. BUSH | Civil No. 05-cv-0409 (EGS) |
| ERRACHIDI v. BUSH | Civil No. 05-cv-0640 (EGS) |
| AL HABASHI v. BUSH | Civil No. 05-cv-0765 (EGS) |
| WAHAB v. BUSH | Civil No. 05-cv-0886 (EGS) |
| AHMED v. BUSH | Civil No. 05-cv-1234 (EGS) |
| AL SHARBI v. BUSH | Civil No. 05-cv-2348 (EGS) |
| RAZAKAH v. BUSH | Civil No. 05-cv-2370 (EGS) |
| AL SHIBH v. BUSH | Civil No. 06-cv-1725 (EGS) |
| ZUHAIR v. BUSH | Civil No. 08-cv-0864 (EGS) |

**ORDER**

Subsequent to the Order issued by the Honorable Thomas F. Hogan transferring the above-captioned cases from Judge Sullivan to Judge Hogan for limited initial coordination and management, Judge Sullivan determined that he will retain the cases originally assigned to him for all purposes. Accordingly, counsel are advised that the limited consolidation effected by the July 1, 2008 Resolution of the Executive Session does not apply to the above-captioned cases and all filings should be made only under each case's original civil case number.

It is therefore **ORDERED** that all parties shall file a status report with the Court by no later than July 14, 2008 at 5:30 p.m. in all cases before Judge Sullivan, regardless of whether the petitioner is currently detained at Guantanamo Bay. The status report shall be no longer than ten (10) pages double-spaced and shall focus on pending issues and a proposed schedule to advance

the proceedings in the respective cases. If applicable, counsel involved with multiple cases (versus multiple petitioners in a single case) may consolidate their cases solely for the purpose of submitting a single status report addressing all those cases, and shall be permitted ten (10) double-spaced pages for each of the cases (for example, if three cases are consolidated for the purpose of submitting a status report, the status report may be 30 double-spaced pages long). The Court will then promptly schedule status hearings. Counsel in the above-captioned cases are not required to attend the status hearing currently scheduled for July 8, 2008 before Judge Hogan.

    **SO ORDERED.**

**Signed: Emmet G. Sullivan**
      **United States District Judge**
      **July 7, 2008**