IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED, | ) |
| Petitioner | ) |
| v. | ) Civil Action No. 05-1234 (EGS) |
| GEORGE W. BUSH, *et al.* | ) |
| Respondents. | ) |

**NOTICE OF APPEARANCE**

Undersigned counsel, Edward J. Martin, hereby enters his appearance as one of the counsel for the respondents in the above-captioned case.

Dated July 14, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Edward J. Martin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
EDWARD J. MARTIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-0449
edward.martin2@usdoj.gov

Attorneys for the Respondents

Case 1:05-cv-01234-EGS    Document 48    Filed 07/14/2008    Page 2 of 2