IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-1234 (EGS) |

## STATUS REPORT

Pursuant to the Court's July 7, 2008 Order (Dkt. No. 45), undersigned counsel for the respondents states as follows:

1. Petitioner Labed Ahmed (Internment Serial Number 703) is the sole detainee-petitioner in this habeas corpus case.

2. The petitioner claims to be Algerian. On June 22, 2005, he filed a *pro se* Writ of Habeas Corpus. He was appointed counsel in October of 2005.

3. The petitioner was determined to be an enemy combatant by a Combat Status Review Tribunal, and is currently detained at Guantanamo Bay, Cuba.

4. No duplicate habeas petitions have been filed on behalf of this petitioner.

5. On March 21, 2006, this Court made the following orders applicable to this case: the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); the Order Addressing Designation Procedures for "Protected Information" issued on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on

December 13, 2004.  Respondents reserve, however, the right to seek modifications to the protective order and supplemental orders as appropriate.

6.  There is currently an Order in place requiring the respondents to provide counsel for the petitioner and the Court with thirty days advance notice of any intended removal of the petitioner from Guantanamo Bay, Cuba.  (Dkt. No. 23)  This Order is on appeal to the District of Columbia Circuit Court of Appeals.

7.  Respondents respectfully request that the Court adopt the approach to scheduling in this proceeding consistent with that set out in the scheduling order that Judge Thomas Hogan entered on July 11, 2008 in the Guantanamo Bay habeas cases transferred to him for coordination and management.  *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (THF) (Dkt. No. 53), attached hereto as Exhibit A.

Dated July 14, 2008                            Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Edward J. Martin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
EDWARD J. MARTIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-0449
edward.martin2@usdoj.gov

Attorneys for the Respondents

**CERTIFICATE OF SERVICE**

    I certify that on this 14th day of July 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Candace Hom
Chester Keller
Federal Public Defender's Office
972 Broad Street, 4th Floor
Newark, NJ 07102

Richard Coughlin
Federal Public Defender's Office
800-840 Cooper Street
Camden, NJ 08102

/s/ Edward J. Martin
EDWARD J. MARTIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Rm. 5126
Washington, D.C. 20530
Tel: (202) 305-0449
Fax: (202) 616-8470
edward.martin2@usdoj.gov

Attorney for Respondent