IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Batarfi v. Bush | ) | Case No. 05-CV-0409 (EGS) |
| Al Habashi v. Bush | ) | Case No. 05-CV-0765 (EGS) |
| Wahab v. Bush | ) | Case No. 05-CV-886 (EGS) |
| Ahmed v. Bush | ) | Case No. 05-CV-1234 (EGS) |
| Al Sharbi v. Bush | ) | Case No. 05-CV-2348 (EGS) |
| Zuhair v. Bush | ) | Case No. 08-CV-0864 (EGS) |
| Sharifullah v. Bush | ) | Case No. 08-CV-1222 (EGS) |

_____

**MOTION TO AMEND PROTECTIVE ORDER WITH
RESPECT TO FILING OF DOCUMENTS BEFORE THIS COURT**

Respondents hereby move to amend the Guantanamo Bay habeas protective order in order to streamline the filing of documents before this Court.

1. The Guantanamo Bay habeas protective order consists of three separate orders, all of which have been entered by the Court in the above-captioned cases: 1) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); 2) Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and 3) Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.

2. Attached hereto as Exhibit 1 is a proposal to amend the procedures for submitting filings to the Court. Respondents request that the Court enter an order adopting these filing

procedures in the above-captioned cases[1] and vacate the current provisions of the Amended Protective Order governing filing procedures (*i.e.*, paragraphs 46 and 47 of the Amended Protective Order as well as the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order).[2]  The same filing procedure amendments have also been submitted to Judge Hogan in the coordinated Guantanamo Bay habeas cases.  *See In re Guantanamo Detainee Litigation*, 08-MC-442 (TFH) (dkt. no. 170).

3.     As requested by the Court Security Officers assigned to the Guantanamo Bay habeas litigation, the amended filing procedures update and improve the process for submitting filings to this Court in two significant respects.  First, petitioner's counsel would be authorized to submit filings directly on Court's electronic filing system if counsel do not believe and have no reason to believe that a filing contains classified or protected information.  Second, filings containing only "protected information," as defined by the Amended Protective Order, but not classified information, would be submitted pursuant to Local Civil Rule 5.1(j), the local rule of this Court governing under seal filings.

4.     Pursuant to Local Rule 7(m), respondents have provided the proposed filing amendments to petitioner's counsel in the above-captioned cases.  Counsel in *Al-Sharbi v. Bush*, 05-CV-2348 (EGS), consents to the motion.  Counsel in *Batarfi v. Bush*, 05-CV-409 (EGS) does not oppose the motion as long as the same filing procedures are entered in both *In re*

---

[1] This proposal is not being submitted in *Al Shibh v. Bush*, 06-CV-1725 (EGS).  A separate protective order proposal governing the handling and filing of TOP SECRET//SENSITIVE COMPARTMENTED INFORMATION is being be filed in that case.

[2] Respondents reserve the right to seek future modifications to the Amended Protective Order and supplemental orders as appropriate.

*Guantanamo Detainee Litigation*, 08-MC-442 (TFH) and the above-captioned cases. Respondents' counsel have not received a response from the remaining counsel for petitioners.

    5.    For the reasons stated above, respondents respectfully request that the Court enter an order adopting respondents' amended procedures for filing documents in the above-captioned cases.  A proposed order is attached.

Dated: August 5, 2008                          Respectfully submitted,

                                                          GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

   */s/ Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents