IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Batarfi v. Bush | ) | Case No.  05-CV-0409 (EGS) |
| Al Habashi v. Bush | ) | Case No.  05-CV-0765 (EGS) |
| Wahab v. Bush | ) | Case No.  05-CV-886 (EGS) |
| Ahmed v. Bush | ) | Case No.  05-CV-1234 (EGS) |
| Al Sharbi v. Bush | ) | Case No.  05-CV-2348 (EGS) |
| Zuhair v. Bush | ) | Case No.  08-CV-0864 (EGS) |
| Sharifullahv. Bush | ) | Case No. 08-CV-1222 (EGS) |

_____

**[Proposed] ORDER**

Upon consideration of respondents' motion to amend the protective order with respect to the procedures for filing documents before this Court, it is hereby ORDERED as follows:

1) Respondents' motion is GRANTED; and

2) Paragraphs 46 and 47 of the Amended Protective Order, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order are VACATED; and

3)  All filings in the above-captioned cases shall be filed in accordance with Exhibit 1 attached hereto.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE