IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| Batarfi v. Bush | ) | Case No. 05-CV-0409 (EGS) |
| Al Habashi v. Bush | ) | Case No. 05-CV-0765 (EGS) |
| Wahab v. Bush | ) | Case No. 05-CV-886 (EGS) |
| Ahmed v. Bush | ) | Case No. 05-CV-1234 (EGS) |
| Al Sharbi v. Bush | ) | Case No. 05-CV-2348 (EGS) |
| Sharifullah v. Bush | ) | Case No. 08-CV-1222 (EGS) |

---

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

    SCOTT M. MARCONDA
    U.S. Department of Justice
    Civil Division
    Federal Programs Branch
    Room 5130
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    202-305-0169
    Scott.Marconda@usdoj.gov

Dated: August 12, 2008        Respectfully submitted,

                                      GREGORY G. KATSAS
                                      Assistant Attorney General

                                      JOHN C. O'QUINN
                                      Deputy Assistant Attorney General

    */s/ Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
PAUL AHERN
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents