IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1234 (EGS) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' NOTICE OF FILING OF**
**COMBATANT STATUS REVIEW TRIBUNAL RECORD**

Pursuant to the Court's July 31, 2008 Order in this case, respondents hereby provide notice of the submission of the Combatant Status Review Tribunal ("CSRT") paper record pertaining to petitioner.

The portion of the record suitable for public release is attached hereto. *See* Exhibit A.

Remaining portions of the record, including information that are classified or not suitable for public release, are being submitted under seal through the Court Security Officers. One copy of the classified CSRT record is being submitted to the Court for *in camera* review. Another copy of the classified CSRT, containing information suitable for disclosure to counsel under seal, is being made available to petitioner's counsel who have been issued security clearances, consistent with the applicable protective order (*see* Mar. 21, 2006 Minute Order). Both copies of the classified CSRT contain highlighting explained therein. Respondents have designated certain

highlighted, unclassified information in the CSRT record as "protected information" under the protective order,[1] as noted in the classified submission.

Dated: August 12, 2008                     Respectfully submitted,

                                      GREGORY G. KATSAS
                                      Assistant Attorney General

                                      JOHN C. O'QUINN
                                      Deputy Assistant Attorney General

                                        /s/ *Terry M. Henry*
                                      JOSEPH H. HUNT (D.C. Bar No. 431134)
                                      VINCENT M. GARVEY (D.C. Bar No. 127191)
                                      JUDRY L. SUBAR (D.C. Bar No. 347518)
                                      TERRY M. HENRY
                                      ANDREW I. WARDEN
                                      PAUL AHERN
                                      Attorneys
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      P.O. Box 883
                                      Washington, DC  20044
                                      Tel:  (202) 514-4107

---

[1] Pursuant to the protective order, respondents are disclosing this information to petitioner's counsel, who shall treat such information as "protected" unless and until the Court rules that the information should not be designated as "protected."