IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. 05-1234 (EGS) |
| ) | |
| GEORGE W. BUSH, *et al.* ) | |
| ) | |
| Respondents. ) | |

**STATUS REPORT**

Pursuant to the Court's July 31, 2008 Order (Dkt. No. 54), undersigned counsel for the respondent states as follows:

A.  A factual return was filed on August 29, 2008.

B.  The Government has briefed, and the Petitioner has filed a Response concerning the following issues:

1.  The Procedural Framework

2.  The Motion to Dismiss Improper Respondents

C.  The Government submitted the Combat Status Review Tribunal record for review by Petitioner's counsel on August 12, 2008.

D.  The Government made significant efforts to improve attorney visitation procedures. The undersigned understand that the Department of Defense (DoD) has undertaken a number of steps to improve and streamline habeas attorney access to detainees at Guantanamo in light of the habeas proceedings:

1.  In an effort to assist counsel in traveling to Guantanamo, DoD will be making certain pre-existing military transport flights available for habeas counsel use.  Space for habeas counsel will be available on these flights (subject to military necessity), that depart from

Andrews Air Force Base early on Tuesday mornings and will leave Guantanamo on Thursday afternoons. The fee for such travel is approximately $350 each way. Counsel may make arrangements for such flights through the Guantanamo habeas visit coordinator's office.

2. With respect to time slots available for counsel visits with detainees at Guantanamo, Guantanamo has recently increased the number of slots available and, to date, these slots have been adequate to support visit requests.

3. Where a case-specific need can be demonstrated, DoD also will attempt to accommodate extended visit hours during the day or visits on weekends.

4. DoD is in the process of installing multiple secure telephone lines in the secure habeas work facility and at Guantanamo, so that habeas counsel can speak with a represented detainee by telephone in lieu of a visit to Guantanamo.

5. With respect to improving the time taken for delivery of habeas counsel's presumptively classified counsel notes to the U.S. after a visit with a detainee at Guantanamo, DoD is taking a number of steps to facilitate counsel's ability to receive and use such materials in a timely fashion. Heretofore, such materials were sent by certified mail from Guantanamo to the secure habeas work facility outside Washington, D.C., with counsel able to request classification review of the notes once they arrived.[1]

    a. DoD, however, has now stationed a member of the Privilege Team at Guantanamo, so that he can, at counsel's request and where an exigency exists, review counsel meeting notes at Guantanamo. Where determined to be unclassified, the notes are

---

[1] *See In re Guantanamo Detainee Cases*, 344 F. Supp. 2d 174, Exhibit A §§ VI, VII (D.D.C. Nov. 8, 2004) (Protective Order permitting counsel to request classification review by Privilege Team of counsel notes so as to permit counsel's use of unclassified information outside the facility).

returned to and may be used by counsel outside any classified setting, including being brought out of Guantanamo in counsel's briefcase. Following the on-island review, counsel notes determined to be classified by the Privilege Team member can then be secure faxed to the habeas counsel work facility so that counsel can have immediate access to them upon their arrival at the facility.

     b. DoD has also established a courier system to transport counsel notes and detainees' legal mail to the secure facility every two weeks. This courier system will also, upon counsel request, transport counsel's legal mail to Guantanamo during these courier runs.

     In addition, DoD continues otherwise to examine its visit facilities and practices in order to identify areas that may need adjustment or revision in order to streamline counsel visit procedures.

Dated September 2, 2008          Respectfully submitted,

          GREGORY G. KATSAS
          Assistant Attorney General

          JOHN C. O'QUINN
          Deputy Assistant Attorney General

          /s/ Edward J. Martin
          JOSEPH H. HUNT (D.C. Bar No. 431134)
          VINCENT M. GARVEY (D.C. Bar No. 127191)
          TERRY M. HENRY
          JUDRY L. SUBAR (D.C. Bar No. 347518)
          ANDREW I. WARDEN
          EDWARD J. MARTIN
          Attorneys
          United States Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Avenue, N.W.
          Washington, D.C. 20530
          Tel: 202.305-7898
          Fax: 202.305-2685

          Attorneys for Respondents

Case 1:05-cv-01234-EGS     Document 65     Filed 09/02/2008     Page 4 of 4