# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ )
                                 )
LABED AHMED,                     )
                                 )
        Petitioner               )
                                 )
        v.                       )        Civil Action No. 05-1234 (EGS)
                                 )
GEORGE W. BUSH, *et al.*         )
                                 )
        Respondents.             )
_____ )

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of

Respondents:

> P. MICHAEL TRUMAN
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Rm. 5121
> Washington, D.C. 20530
> Tel: (202) 305-9909
> Fax: (202) 305-2685
> Mike.Truman@usdoj.gov

Dated:        September 2, 2008

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/ P. Michael Truman
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
EDWARD J. MARTIN
P. MICHAEL TRUMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 305-9909
Fax: (202) 305-2685
Mike.Truman@usdoj.gov

Attorneys for Respondents