IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. 05-1234 (EGS) |
| ) | |
| GEORGE W. BUSH, *et al.* ) | |
| ) | |
| Respondents. ) | |

## **STATUS REPORT ERRATUM**

In the Status Report filed earlier today, Respondents informed the Court of a number of changes made by the Department of Defense in connection with counsel access to detainees at Guantanamo Bay. One of the reported changes read as follows: "Following the on-island review, counsel notes determined to be classified by the Privilege Team member can then be secure faxed to the habeas counsel work facility so that counsel can have immediate access to them upon their arrival at the facility." The undersigned have learned since the filing of the Status

Report that although this issue is being evaluated, such a change has not yet been implemented.

Dated September 2, 2008          Respectfully submitted,

         GREGORY G. KATSAS
         Assistant Attorney General

         JOHN C. O'QUINN
         Deputy Assistant Attorney General

         /s/ P. Michael Truman
         JOSEPH H. HUNT (D.C. Bar No. 431134)
         VINCENT M. GARVEY (D.C. Bar No. 127191)
         TERRY M. HENRY
         JUDRY L. SUBAR (D.C. Bar No. 347518)
         ANDREW I. WARDEN
         EDWARD J. MARTIN
         P. MICHAEL TRUMAN
         Attorneys
         United States Department of Justice
         Civil Division, Federal Programs Branch
         20 Massachusetts Avenue, N.W.
         Washington, D.C.  20530
         Tel:  202.305-9909
         Fax: 202.305-2685

         Attorneys for Respondents