*Cleared for Public Filing by CSO*

# United States District Court
# For the District of Columbia

| | |
|---|---|
| LABED AHMED, )<br>  )<br>  *Petitioner*; )<br>  )<br> VS. )<br>  )<br>  )<br>  )<br> GEORGE W. BUSH, *et al.*, )<br>  )<br>  *Respondents.* ) | CIVIL NO. 05-1234(EGS) |

### MONTHLY STATUS REPORT RE: JULY 31, 2008 ORDER

1. Labed Ahmed has remained in continuous custody since his arrest in Pakistan in approximately February 2002.

2. Labed Ahmed was subsequently transferred to Guantanamo Bay, Cuba.

3. On November 17, 2004, a Combatant Status Review Tribunal (CSRT), after reviewing both classified and unclassified information, concluded that Labed Ahmed is an enemy combatant.

4. On June 22, 2005, Labed Ahmed filed a *pro se* petition for a Writ of Habeas Corpus, and the case was assigned to the Honorable Emmet G. Sullivan, United States District Court Judge.

5. On October 14, 2005, the Office of the Federal Public Defender was appointed to represent Labed Ahmed.

6. On December 5, 2005, an Amended Petition for a Writ of Habeas Corpus

*Cleared for Public Filing by CSO*

      was filed on behalf of Labed Ahmed.

7. On March 17, 2006, the Court, *sua sponte,* stayed the case pending resolution of a related case in the United States Court of Appeals for the District of Columbia, which stay was continued on August 17, 2007, pending resolution of *Boumediene v. Bush,* by the United States Supreme Court.

8. On July 2, 2008, a Notice of Filing regarding Motion to Lift Stay and Renewed Motion for Factual Returns was filed on behalf of Labed Ahmed. On July 7, 2008, that motion was filed electronically.

9. On July 14, 2008, a Notice of Filing Re: Petitioner's initial Status Report was filed on behalf of the petitioner, as well as a Status Report filed by the United States.

10. A status conference was held before the Honorable Emmet G. Sullivan on July 29, 2008.

11. The Court entered an Order on July 31, 2008, that, among other matters:

    A. required a 30-day notice prior to any transfer of the petitioner from Guantanamo Bay, Cuba.

    B. vacated any stay in the proceedings previously entered.

    C. ordered that the existing protective orders remain in effect pending further order of the Court.

    D. set a briefing schedule to address the procedural framework

*Cleared for Public Filing by CSO*

        for the habeas corpus hearing.

E.    ordered that the United States file the Combatant Status Review Tribunal ("CSRT") report by August 12, 2008, and factual returns by August 29, 2008.

12.    On August 12, 2008, the United States filed a motion to dismiss certain respondents from the petition, and its brief regarding preliminary and procedural framework issues, as well as a notice regarding the filing of the CSRT record.

13.    On August 22, 2008, the petitioner filed notices regarding his responses to the motions filed by the United States on August 12, 2008, and the notice of his Memorandum of Law Addressing Procedural Framework Issues.

14.    On August 30, 2008, the United States filed notice of the submission of classified factual returns to the petition in the instant matter.

        Respectfully,

        <u>/s/Richard Coughlin</u>
        Richard Coughlin
        Federal Public Defender

        Candace M. Hom
        Assistant Federal Public Defender

        Chester M. Keller
        First Assistant Federal Public Defender

        Office of the Federal Public Defender
        972 Broad Street
        Newark, New Jersey 07102

*Cleared for Public Filing by CSO*

**(973) 645-6347**

*Counsel for Petitioner*