IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LABED AHMED**, | ) |
| | ) |
| | ) CIVIL NO. 05-1234 (EGS) |
| *Petitioner*, | ) |
| | ) |
| *v.* | ) **NOTICE OF FILING RE** |
| | ) **PETITIONER'S UNOPPOSED** |
| **GEORGE W. BUSH**, *et al.*, | ) **MOTION FOR EXTENSION** |
| | ) **OF TIME IN WHICH TO** |
| *Respondents*. | ) **FILE TRAVERSE** |
| | ) |

The petitioner Labed Ahmed, through undersigned counsel, hereby gives notice that on September 12 2008, he submitted for review to Court Security Officer Nathaniel Johnson an Unopposed Motion for Extension of Time in Which to File Traverse. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on September 15, 2008.

/s/Richard Coughlin
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ  07102
Tel:    973-645-6347
Fax:    973-297-4807

Attorneys for Petitioner