IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Batarfi v. Bush | ) | Case No. 05-CV-0409 (EGS) |
| Al Habashi v. Bush | ) | Case No. 05-CV-0765 (EGS) |
| Ahmed v. Bush | ) | Case No. 05-CV-1234 (EGS) |
| Al Sharbi v. Bush | ) | Case No. 05-CV-2348 (EGS) |
| Zuhair v. Bush | ) | Case No. 08-CV-0864 (EGS) |
| Sharifullah v. Bush | ) | Case No. 08-CV-1222 (EGS) |

_____

**SUPPLEMENTAL MOTION TO AMEND PROTECTIVE ORDER**

Respondents hereby supplement their earlier-filed motion to amend the Guantanamo Bay habeas protective order and request that this Court adopt the protective order recently entered by Judge Hogan in *In re Guantanamo Detainee Litigation*, 08-MC-442.

1. The Guantanamo Bay habeas protective order consists of three separate orders, all of which have been entered by the Court in the above-captioned cases: 1) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); 2) Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and 3) Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.

2. On September 11, 2008, Judge Hogan entered an order entitled Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, for use in the coordinated Guantanamo Bay habeas cases he is handling. *See In re Guantanamo Detainee Litigation*, 08-MC-442 (TFH) (dkt. no. 409; copy attached hereto as

Exhibit 1). To ensure consistency across the Guantanamo Bay habeas cases with respect to the filings of documents before the Court and the handling of classified information, Respondents request that the Court enter Judge Hogan's protective order in the above-captioned cases.[1]

3. Judge Hogan's protective order combines the three orders comprising the former protective order regime into a single order and improves the process for submitting filings to the Court.[2] First, it allows petitioners' counsel to directly file on the Court's electronic filing system those documents they do not believe and have no reason to believe contain classified or protected information. Second, filings containing only "protected information," as defined in the order, but not classified information, would be submitted pursuant to Local Civil Rule 5.1(j), the local rule of this Court governing under seal filings. In addition, the order mandates that classified filings be made with the Court Security Officer by 4:00 p.m., and gives the parties and the CSO more specific instructions on how classified filings shall be handled.

4. Pursuant to Local Rule 7(m), respondents' counsel has conferred with petitioners' counsel concerning the relief requested herein. Counsel for petitioners in *Al Habashi, Ahmed,* and *Al-Sharbi* consent to respondents' motion. Counsel for petitioner in *Batarfi* object at this time because they have not had an opportunity to ascertain and analyze the proposed changes to the protective order. Counsel in *Batarfi* will inform the Court of their final position promptly after they have concluded their review of the order. Respondents' counsel has not received a response from counsel for petitioners in *Zuhair* and *Sharifullah*.

---

[1] This proposal is not being submitted in *Al Shibh v. Bush*, 06-CV-1725 (EGS). A separate protective order proposal governing the handling and filing of TOP SECRET//SENSITIVE COMPARTMENTED INFORMATION has been filed in that case.

[2] Filing procedures are set forth in Section F of Judge Hogan's order (paras. 46-50).

5.  For the reasons stated above, and because it is in the parties' and the Court's interests to have uniformity with respect to the protective order utilized in the Guantanamo Bay habeas corpus litigation, respondents respectfully request that the Court enter an order adopting Judge Hogan's protective order.[3]   A proposed order is attached.

Dated: September 19, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)
Attorneys, United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents

---

[3] Respondents reserve the right to seek future modifications to the protective order as appropriate.