IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LABED AHMED,** | : | |
| Petitioner | : | |
| | : | CIVIL ACTION |
| v. | : | (Habeas Corpus) |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | CIV. NO. 05-1234 (EGS) |
| Respondents. | : | |

**PETITIONER'S STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE A TRAVERSE**

Petitioner Labed Ahmed, through undersigned counsel, submits this request for extension of time in which to file a traverse. Specifically, Petitioner seeks two weeks after counsel return from conferring with Petitioner at Guantánamo Bay regarding the documents recently filed in his case. For the reasons discussed below, Petitioner's motion should be granted.[1]

1. The Court's Order of July 31, 2008, directs that Petitioner is to file a factual traverse or a motion for judgment no later than October 6, 2008. (Dkt. No. 54.) Pursuant to that Order, the government filed the Combatant Status Review Tribunal ("CSRT") report, on August 12, 2008. The government also filed the classified factual returns in this case on August 30, 2008. On September 5, 2008, undersigned counsel travelled to the DC metro area and reviewed the classified factual returns in the secure facility. Undersigned counsel also submitted certain classified documents for classification review on September 11, 2008. It is anticipated, due to previous experience, that the classification review of the submission will take some period of time, the length of which is unknown.

---

[1] Pursuant to Local Civil Rule 7(m), undersigned counsel contacted counsel for the government, who responded that they have no objections to the request.

2.	Counsel seek to review the materials, to the extent they are unclassified by the review team, with Petitioner. The materials contain the government's purported justifications for detaining Petitioner for the past nearly seven years. Review of the factual returns and CSRT record with Petitioner is essential in order to meaningfully discuss Petitioner's case and to determine the substance of the traverse that is to be filed with this Court.

3.	Moreover, once the classification review team has reviewed the materials, counsel require additional time to make travel arrangements, the most important of which is requesting and receiving permission and theater and country clearance from the government to travel to Guantánamo during a specified week. There is no known timetable in which a request for permission to see Petitioner during a given week is to be granted, although counsel will submit a visit request form as soon as possible, on the assumption that no problems with classification review will occur, so as to streamline the process. Furthermore, there is no guarantee that the particular week that is requested is going to be available, although the government in its status report of September 2, 2008, indicated that it has increased the number of time slots available. (Dkt. No. 65.)

4.	The other travel arrangements to be made include securing an interpreter and purchasing plane tickets. Undersigned counsel has ascertained that their regular interpreter, with whom they have conducted all legal visits with Petitioner since 2006, is next available as of the week of October 20 and some weeks of November. In addition, the government's status report dated September 2, 2008, indicated that military flights from Andrews Air Force Base would now be available, subject to military necessity. (Dkt. No. 65.) Petitioner's counsel seek to inquire into the availability of such transportation for their upcoming trip. Counsel is hopeful that a legal visit

can occur during the first week that their regular interpreter is available. Although undersigned counsel has been and will continue to work expeditiously on arranging a legal visit, it is believed that the time in which the classification review, the travel arrangements, and actual travel to Guantánamo to confer with Petitioner will be completed will extend beyond the date of October 6, 2008.

## CONCLUSION

Accordingly, Petitioner respectfully request an extension in which to prepare and file the traverse in this matter, specifically, two weeks after counsel return from meeting with Petitioner at Guantánamo. The extension will allow counsel to consult with Petitioner regarding his factual returns and CSRT record and to provide for a meaningful discussion of the government's evidence against him, and will assist counsel in preparing and submitting an accurate and complete traverse in this case. The Court's consideration of this request is greatly appreciated.

Respectfully submitted on September 12, 2008.

/s/Richard Coughlin
Federal Public Defender
/s/Chester Keller
First Assistant Federal Public Defender
/s/Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey 07102
Tel:   973-645-6347
Fax:   973-645-4807

*Counsel for Petitioner*