IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | Civil No. 05-cv-1234 (EGS)<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE TRAVERSE** |

**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE TRAVERSE**

THIS MATTER comes before the Court on Petitioner Labed Ahmed's Unopposed Motion for Extension of Time in Which to File Traverse; and for the reasons set forth in Petitioner's brief, and for good cause shown,

IT IS on this _____ day of _____ 2008, hereby ordered that the Petitioner's Unopposed Motion for Extension of Time in Which to File Traverse is GRANTED; and

IT IS FURTHER ORDERED that the traverse shall be filed within two weeks of counsel's return from Guantanamo Bay.

_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE