## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, I filed and served the foregoing Petitioner Labed Ahmed's **Unopposed Motion for Extension of Time in Which to File Traverse** by causing the original and six copies to be delivered to the Court Security Officer via Federal Express, with the original and four copies to be forwarded to the Court, and one copy to be conformed and returned to our office.

I further certify that upon receiving clearance from the Court Security Officer, one copy will be forwarded to the following counsel of record via U.S. mail:

Terry Henry
Andrew Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C.  20530

                                              /s/Candace Hom
                                              Candace Hom